IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON MOODY,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JUDE CONROY, et al.,** | : | **No. 10-2525** |
| **Defendants.** | : | |

# ORDER

**AND NOW**, this **30th** day of **October**, **2015**, upon consideration of Defendants City of Philadelphia, Thomas Gaul, and John Verrechio's Motion to Dismiss, and Defendant Jude Conroy's Motion to Dismiss, and Plaintiff's responses thereto, and Defendants' replies thereon, and for the reasons stated in the Court's Memorandum dated October 30, 2015, it is hereby **ORDERED** that:

1. The motions (Document Nos. 49 and 50) are **GRANTED.**

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**