# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON MOODY, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JUDE CONROY, et al., | : | No. 10-2525 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **1st** day of **June**, **2018**, upon consideration of Plaintiff's Motion to Reopen the Time to Appeal, Defendants' Opposition thereto, and Plaintiff's Reply thereon, and for the reasons stated in the Court's Memorandum dated June 1, 2018, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Reopen the Time to Appeal (Document No. 88) is **GRANTED**.

2. The time to file an appeal is reopened for a period of 14 days from the entry of this Order.

3. Plaintiff's Motion to Compel (Document No. 92) is **DENIED as moot**.

4. The clerk of court shall mail a copy of this Order to the Defendant's address on the docket.

BY THE COURT:

**Berle M. Schiller, J.**